Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–21325–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edwin Iza
   29 Daniel Rd.
   Spotswood, NJ 08884

Social Security No.:
   xxx–xx–5437

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/25/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 25, 2017
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-21325-KCF
Edwin Iza                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Aug 25, 2017
                             Form ID: 148          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
db          +Edwin Iza,   29 Daniel Rd.,   Spotswood, NJ 08884-1808
cr          +ROUNDPOINT MORTGAGE SERVICING CORPORATION,   Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
517016004   +Bank of America, N.A.,   P O Box 982024,   El Paso, TX 79998-2284
516861597   +Citibank/Best Buy,   Centralized Bk/Citicorp Credt Srvs,   Po Box 790040,
             St Louis, MO 63179-0040
516861598   +Midwest Recovery Syste,   Po Box 899,   Florissant, MO 63032-0899
516861601   +Roundpoint Mtg,   5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1918
516861604   +Traf Group Inc/A-1 Collections,   2297 St Hwy 33,   Ste 906,   Hamilton Square, NJ 08690-1717
516861606   +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2017 23:20:54     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2017 23:20:50     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516861593   +EDI: BANKAMER.COM Aug 25 2017 23:08:00     Bank Of America,   Nc4-105-03-14,   Po Box 26012,
             Greensboro, NC 27420-6012
516861594   +EDI: CAPITALONE.COM Aug 25 2017 23:08:00     Capital One,
             Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
516861595   +EDI: CAUT.COM Aug 25 2017 23:08:00     Chase Auto Finance,   National Bankruptcy Dept,
             201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
516861596   +EDI: CHASE.COM Aug 25 2017 23:08:00     Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
             Wilmington, DE 19850-5298
516890676   +E-mail/Text: bncmail@w-legal.com Aug 25 2017 23:21:00     Comenity Capital Bank/Paypal Credit,
             c/o Weinstein & Riley, PS,   2001 Western Ave.,   Ste 400,   Seattle, WA 98121-3132
516861599   +E-mail/Text: bnc@nordstrom.com Aug 25 2017 23:20:31     Nordstrom Fsb,   Correspondence,
             Po Box 6555,   Englewood, CO 80155-6555
516932969    EDI: AGFINANCE.COM Aug 25 2017 23:08:00     ONEMAIN,   P.O. BOX 3251,
             EVANSVILLE, IN 47731-3251
516861600   +EDI: AGFINANCE.COM Aug 25 2017 23:08:00     OneMain,   Attn: Bankruptcy,   601 Nw 2nd St,
             Evansville, IN 47708-1013
517017550    EDI: Q3G.COM Aug 25 2017 23:08:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
             PO Box 788,   Kirkland, WA  98083-0788
516861602   +E-mail/Text: bankruptcy@savit.com Aug 25 2017 23:21:45     Savit Coll,   Po Box 250,
             East Brunswick, NJ 08816-0250
516864331   +EDI: RMSC.COM Aug 25 2017 23:08:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
516861603   +EDI: RMSC.COM Aug 25 2017 23:08:00     Synchrony Bank/PC Richards & Sons,   Attn: Bankruptcy,
             Po Box 956060,   Orlando, FL 32896-0001
516861605   +EDI: VERIZONEAST.COM Aug 25 2017 23:08:00     Verizon,
             Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
             Weldon Springs, MO 63304-2225
516971370    EDI: AIS.COM Aug 25 2017 23:08:00     Verizon,   by American InfoSource LP as agent,
             PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                    TOTAL: 16


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                              Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Aug 25, 2017
                             Form ID: 148              Total Noticed: 24

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
       Albert   Russo    docs@russotrustee.com
       Denise E. Carlon    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Jenee K. Ciccarelli    on behalf of Debtor Edwin  Iza kciccarelli@cabanillaslaw.com,
       bankruptcy@cabanillaslaw.com
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                   TOTAL: 4